IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK STEWART HUNT                                                                                       PLAINTIFF

v.                                        Case No. 6:23-cv-6111

WELLPATH (Health Provider) and
MONGA (Practitioner Nurse)                                                                          DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed July 8, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Defendants' Motion for Summary Judgment on the Issue of Exhaustion (ECF No. 20) be granted and Plaintiff's complaint be dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Accordingly, Defendant's Motion for Summary Judgment on the Issue of Exhaustion (ECF No. 20) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 26th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge